UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:   Case No. 15-04304-JTG

DONALD SHELDON ALTMAN,   Chapter 13

        Debtor(s).   Honorable John T. Gregg
_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES

TO:   Clerk of the Court           Rebecca L. Johnson-Ellis
        US Bankruptcy Court        866 3 Mile Rd. NW Suite B
        One Division, NW           Grand Rapids   MI   49544
        PO Box 3310
        Grand Rapids  MI  49503

                                            Trustee Brett N. Rodgers
                                            50 Louis Street NW
                                            Suite 700
                                            Grand Rapids   MI   49503

    PLEASE ENTER THE APPEARANCE of BILL SCHUETTE, Attorney General, and Adam P. Sadowski, Assistant Attorney General, as attorneys for the State of Michigan, Department of Treasury, in the above-entitled cause; this appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance.

    Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

                                            BILL SCHUETTE
                                            Attorney General

                                            */s/ Adam P. Sadowski*
                                            Adam P. Sadowski   (P73864)
                                            Assistant Attorney General
                                            P.O. Box 30754
                                            Lansing, MI  48909
                                            Telephone:  (517) 373-3203

Dated:  August 20, 2015