UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                                                                    Case No. 15-04304-JTG

DONALD SHELDON ALTMAN,                                                Chapter 13

            Debtor(s).                                                       Honorable John T. Gregg
_____/

## NOTICE OF STATE OF MICHIGAN UNFILED TAX RETURNS

Debtor(s) has failed to file a tax return for individual income taxes for tax period(s) 2013 and 2014 as required by 11 USC 1308. Failure to file tax returns may result in the Michigan Department of Treasury either objecting to the Debtor's Plan or filing a Motion to either Convert or Dismiss the case.

**I.  IF YOU ARE REQUIRED TO FILE:**

Signed tax returns should be submitted to:

Michigan Department of Attorney General
Revenue & Collections Division
P.O. Box 30754
Lansing, MI 48909
Attn: Adam P. Sadowski

Attach any required copies of Federal Schedules, 1099's, and W-2's. If you have already filed the required return(s), submit a copy to the above-listed address. For questions, call (517) 373-3203.

**II.  IF YOU BELIEVE YOU ARE NOT REQUIRED TO FILE:**

Submit an AFFIDAVIT, signed <u>under penalty of perjury</u>, notarized and dated, stating the reasons why you are not required to file the returns.  In the Affidavit, list income from all sources, both taxable and non-taxable, for each year.  If you were required to file a federal tax return, submit a copy of your federal return with the Affidavit.  Send the information to the above-listed address.

**III.  IF YOU NEED ADDITIONAL INFORMATION TO FILE YOUR RETURNS:**

W-2 or 1099--Contact your EMPLOYER(S)

IF NOT RECEIVED, CONTACT THE IRS AT 313-237-0800 or 800-829-1040

IRS WEBSITE:  www.irs.gov

Respectfully submitted,

BILL SCHUETTE
Attorney General

<u>/s/ Adam P. Sadowski</u>
Adam P. Sadowski  (P73864)
Assistant Attorney General
P.O. Box 30754
Lansing, MI  48909
Telephone:  (517) 373-3203

Dated:  August 20, 2015