UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:   Donald Sheldon Altman,                          Case No. 15-04304-jtg
                                                         Chapter 13
        Debtors.

## DEBTOR'S FIRST PRE-CONFIRMATION
## MODIFICATION OF CHAPTER 13 PLAN

The Debtor, by and through his attorneys, David Andersen & Associates, P.C., hereby modify the Chapter 13 plan as authorized by 11 U.S.C. §1323.

1. This case was filed on July 29, 2015. The plan has not yet been confirmed. This case has never been converted, dismissed, or reinstated.

2. The Debtors modify the plan as follows:

    a. IV. P.2. Escrow provision for administrative claims: The trustee shall, if available after monthly payments on attorney fees and required secured claims payments, escrow $50 per month of the debtor's plan payments to be reserved for payment of all allowed administrative expenses. Applications for administrative expenses not previously allowed or ordered will be filed at least 30 days before the time of the final audit or the 59th month of the plan whichever comes first in order to be paid from escrowed funds. Failure to apply for the escrowed funds will result in distribution pursuant to the confirmed plan of escrowed funds on plan completion.

    b. In all other respects the chapter 13 plan remains the same.

Date: 08-28-15                /S/ Donald Sheldon Altman
                              Donald Sheldon Altman

                              David Andersen & Associates, P.C.

Date: 8-31-15                 By: /S/
                              Jeremy B. Shephard (P72719)
                              866 3 Mile Road NW Suite B
                              Grand Rapids, MI 49544
                              (616) 784-1700